AO 91 (Rev. 11/11) Criminal Complaint                                    AUSA John Pavletic (312) 697-4088

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

EBERARDO VILLALVA-VAZQUEZ

CASE NUMBER: 25 CR 596

**FILED**

9/24/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 23, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a), (b)(2) | being an alien who previously had been removed from the United States on or about April 9, 2021, and, on or about September 23, 2025, was found in the United States without previously having obtained the express consent of the Attorney General or Secretary of Homeland Security, for reapplication for admission into the United States. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Mark Clinton*

Mark Clinton
Supervisory Border Patrol Agent
U.S. Customs and Border Protection

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 24, 2025

*Judge's signature*

City and state: Chicago, Illinois

Gabriel A. Fuentes, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, Mark Clinton, being duly sworn, state as follows:

1.     I am a Supervisory Border Patrol Agent with the Department of Homeland Security, Customs and Border Protection, United States Border Patrol ("USBP"). I have been employed as a Border Patrol Agent with the USBP since in or around May 2009 and graduated from the USBP Basic Border Patrol Training Academy located in Artesia, New Mexico. The Academy curriculum covers specialized training in the Immigration and Naturalization Act, criminal law, and statutory authority. Since 2019, I have been a supervisor, and I am currently assigned to the El Centro Sector Intelligence Unit.

2.     This affidavit is submitted in support of a criminal complaint alleging that EBERARDO VILLALVA-VAZQUEZ illegally reentered the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2). This affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging VILLALVA-VAZQUEZ with illegal reentry. As such, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that VILLALVA-VAZQUEZ committed the illegal reentry offense alleged in the complaint.

3.      This affidavit is based on my personal knowledge and involvement in this investigation; my training and experience; the personal knowledge, training, and experience of other law enforcement agents with whom I have consulted; and my review of pertinent documents and records, including documents and records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

4.      According to DHS records, VILLALVA-VAZQUEZ is a citizen of Mexico and has no claim to United States citizenship or lawful residence.

5.      According to DHS records, on or about March 16, 2021, VILLALVA-VAZQUEZ was ordered removed from the United States. On or about April 9, 2021, VILLALVA-VAZQUEZ was removed from the United States to Mexico through the Brownsville, Texas Port of Entry. Law enforcement photographed VILLALVA-VAZQUEZ twice in connection with his removal proceedings. The photographs are depicted below:

 

Added 03/09/2021                    Added 05/02/2021

6.     According to DHS records, VILLALVA-VAZQUEZ did not apply for or receive permission from the Attorney General or Secretary of Homeland Security to reenter the United States.

7.     According to records and information from the Illinois Secretary of State's Office, in or around October 2024, an individual named "EBERARDO VILLALVA-VAZQUEZ" was issued an Illinois driver's license with a listed address on West 24th Street in Cicero, Illinois. VILLALVA-VAZQUEZ's driver's license photograph is depicted below:



8.     Based on my comparison of VILLALVA-VAZQUEZ's Illinois driver's license photograph with the photographs that were taken of VILLALVA-VAZQUEZ in connection with the above-discussed removal, I believe that the VILLALVA-VAZQUEZ who was issued an Illinois driver's license in October 2024 is the same individual who was removed from the United States in April 2021.

9.     On or about September 21, 2025, I queried Illinois license plate "4404491B," which was affixed to a food truck. According to DHS records, the truck is registered to an individual with the same name and date of birth as VILLALVA-VAZQUEZ.

10.    On or about September 23, 2025, I and other law enforcement officers conducted surveillance in Cicero, Illinois. I observed VILLALVA-VAZQUEZ at a mechanic shop located at 4900 West 16th Street. Officers took a covert photograph of VILLALVA-VAZQUEZ at this time. The photograph is depicted below:



11.    Based on my comparison of the covert surveillance photograph with VILLALVA-VAZQUEZ's Illinois driver's license photograph and the photographs from VILLALVA-VAZQUEZ's prior removal, I believe that the VILLALVA-VAZQUEZ who was observed by law enforcement at the mechanic shop on September 23, 2025, is the same individual who was issued an Illinois driver's license in October 2024 and was removed from the United States in April 2021.

12.    On or about September 23, 2025, I and other law enforcement officers observed VILLALVA-VAZQUEZ leave the mechanic shop in a black Chrysler PT

Cruiser bearing Illinois license plate "FJ89227." Officers then observed VILLALVA-VAZQUEZ travel to an address on West 24th Street in Cicero, Illinois. According to DHS records, the PT Cruiser is registered to VILLALVA-VAZQUEZ at this address, which is the same address listed on VILLALVA-VAZQUEZ's driver's license and on his registration for the vehicle bearing Illinois license plate "4404491B."

13. According to DOJ and FBI records, in or around July 2019 in the United States District Court for the Northern District of Illinois, VILLALVA-VAZQUEZ was convicted of possession with intent to distribute one kilogram or more of heroin, in violation of Title 21, United States Code, Section 841(a)(1). A judge sentenced VILLALVA-VAZQUEZ to 36 months in prison. This offense is classified as an "aggravated felony," as defined in Title 8, United States Code, Section 1101(a)(43).

14.     Based on the foregoing, there is probable cause to believe that on an unknown date after April 9, 2021, and prior to September 23, 2025, VILLALVA-VAZQUEZ illegally reentered the United States without having obtained the express consent of the Attorney General or Secretary of Homeland Security for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

_Mark Clinton_
Mark Clinton
Supervisory Border Patrol Agent
United States Border Patrol

SWORN TO AND AFFIRMED by telephone on September 24, 2025.

Honorable Gabriel A. Fuentes
United States Magistrate Judge