

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EBERARDO VILLALVA-VAZQUEZ | 25 CR 596<br><br>Violation: Title 8, United States Code, Sections 1326(a) and (b)(2) |

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

On or about September 23, 2025, at Cicero, in the Northern District of Illinois, Eastern Division,

EBERARDO VILLALVA-VAZQUEZ,

defendant herein, an alien who previously had been removed from the United States on or about April 9, 2021, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY